# SEALED

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:11-CR-360-LDG (CWH) |
| DANTE MATIAS, ) | |
| Defendant. ) | |

## ORDER OF FORFEITURE

On November 7, 2011, defendant DANTE MATIAS pled guilty to Counts One and Two of a Two-Count Criminal Information charging him in Count One with Conspiracy to Commit Mail, Wire, and Bank Fraud in violation of Title 18, United States Code, Sections 1341, 1343, 1344 and 1349, and in Count Two with Bank Fraud in violation of Title 18, United States Code, Section 1344, and agreed to the forfeiture of property set forth in the Forfeiture Allegations in the Criminal Information and agreed to in the Plea Memorandum.

This Court finds that DANTE MATIAS shall pay a criminal forfeiture money judgment of $1,926,129.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 982(a)(2)(A).

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from DANTE MATIAS a criminal forfeiture money judgment in the amount of $1,926,129.00 in United States Currency.

DATED this 16 day of Nov, 2011.

_____
UNITED STATES DISTRICT JUDGE