**SEALED**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:11-CR-360-LDG-CWH |
| ) | |
| Plaintiff, ) | (First Request to Continue Sentencing |
| ) | |
| vs. ) | O R D E R |
| ) | |
| DANTE MATIAS, ) | **UNDER SEAL** |
| ) | |
| Defendant. ) | |

Based upon the stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the sentencing currently scheduled for February 21, 2012, at 10:00 a.m., be vacated and continued to the 12th day of March, 2012 at the hour of 11:00 am.

DATED this ___17___ day of Februay 2012.

_____
Lloyd D. George
UNITED STATES DISTRICT JUDGE

3